[No. 70694-2-I.   Division One.   March 16, 2015.]

GEORGE AYDELOTTE, *Appellant*, v. THE TOWN OF SKYKOMISH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-08284-9, Dean Scott Lum, J., entered June 25, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Schindler and Leach, JJ.

[No. 70905-4-I.   Division One.   March 16, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ISATOU CEESAY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-06021-1, Sean Patrick O'Donnell, J., entered September 10, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Schindler, J.

[No. 70957-7-I.   Division One.   March 16, 2015.]

TOTAL OUTDOOR CORPORATION, *Appellant*, v. THE CITY OF SEATTLE DEPARTMENT OF PLANNING AND DEVELOPMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-06852-6, Theresa B. Doyle, J., entered September 9, 2013. *Affirmed in part* and *reversed in part* by unpublished opinion per Verellen, A.C.J., concurred in by Schindler and Dwyer, JJ. Now published at 187 Wn. App. 337.